# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00424-CV

**Texas Society of Professional Engineers and James R. Winton, P.E., Appellants**

**v.**

**Texas Board of Architectural Examiners and Cathy Hendricks, Executive Director, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-07-001843, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to abate this appeal pending settlement negotiations. Accordingly, we grant the motion and abate the appeal until November 1, 2011. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated on November 1, 2011. The parties are directed to file either a status report or a motion to dismiss by that date.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Abated

Filed: September 14, 2011